IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

Plaintiff,

v.

Nos. 458-79 L
Judge Hewitt

THE UNITED STATES,

Defendant.

THE ARAPAHO INDIAN TRIBE OF THE
WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

Nos. 459-79 L
Judge Hewitt

THE UNITED STATES,

Defendant.

**AFFIDAVIT OF APPOINTMENT OF HARRY R. SACHSE
IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL
FOR THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION**

I, Harry R. Sachse, being first duly sworn, depose and state that:

1. I am a partner in the law firm of Sonosky, Chambers, Sachse, Endreson & Perry LLP.

2. In March, 2005 my firm was retained by the Shoshone Indian Tribe of the Wind River Reservation, Wyoming, to serve as the Tribe's special counsel on specific matters as

assigned to us by the Tribal Council. The Tribe is served by other legal counsel on other matters, including the law firm of Williams and Works, who serve as the Tribe's general counsel.

3. During the past month, the Tribe and its attorneys have assessed how best to manage the Tribe's legal work, and concluded that Williams and Works shall continue to serve the Tribe as its general counsel, while Harry R. Sachse, of Sonosky, Chambers, Sachse, Endreson & Perry, LLP, should serve as counsel of record to the Tribe in the Tribe's litigation against the United States before the Court of Federal Claims.

4. On August 4, 2005, I received a letter from the Chairman of the Tribe dated July 28, 2005 confirming this assignment.

Harry R. Sachse

Subscribed and sworn to before me this 30th day of August, 2005.

My Commission Expires January 1, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

Plaintiff,

v.

Nos. 458-79 L
Judge Hewitt

THE UNITED STATES,

Defendant.

THE ARAPAHO INDIAN TRIBE OF THE
WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

Nos. 459-79 L
Judge Hewitt

THE UNITED STATES,

Defendant.

**AFFIDAVIT OF APPOINTMENT OF HARRY R. SACHSE
IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL
FOR THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION**

I, Harry R. Sachse, being first duly sworn, depose and state that:

1. I am a partner in the law firm of Sonosky, Chambers, Sachse, Endreson & Perry LLP.

2. In March, 2005 my firm was retained by the Shoshone Indian Tribe of the Wind River Reservation, Wyoming, to serve as the Tribe's special counsel on specific matters as

assigned to us by the Tribal Council. The Tribe is served by other legal counsel on other matters, including the law firm of Williams and Works, who serve as the Tribe's general counsel.

3. During the past month, the Tribe and its attorneys have assessed how best to manage the Tribe's legal work, and concluded that Williams and Works shall continue to serve the Tribe as its general counsel, while Harry R. Sachse, of Sonosky, Chambers, Sachse, Endreson & Perry, LLP, should serve as counsel of record to the Tribe in the Tribe's litigation against the United States before the Court of Federal Claims.

4. On August 4, 2005, I received a letter from the Chairman of the Tribe dated July 28, 2005 confirming this assignment.

Harry R. Sachse

Subscribed and sworn to before me this 30th day of August, 2005.

My Commission Expires January 1, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

*Plaintiff,*

v.

Nos. 4581-79, 4582-79,
4583-79
Judge Hewitt

THE UNITED STATES,

*Defendant,*

THE ARAPAHO INDIAN TRIBE OF THE
WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

Nos. 4591-79, 4592-79,
4593-79
Judge Hewitt

THE UNITED STATES,

*Defendant.*

**STATEMENT OF CONSENT TO SUBSITUTION OF COUNSEL FOR THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION**

I, Susan M. Williams, am currently counsel of record for the Shoshone Indian Tribe of the Wind River Reservation, Wyoming in the above-captioned action, and serve as general counsel to the Tribe.

The Tribe has retained the law firm of Sonosky, Chambers, Sachse, Enderson &

I consent to the substitution of Mr. Sachse as counsel of record in this case.

Respectfully submitted this 24th day of August, 2005.

Susan M. Williams

Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87048-1483
Phone (505) 899-7994
Fax (505) 899-7972
swilliams@williamsandworks.net